MICHAEL C. REDDICK *v.* COMMISSIONER OF
CORRECTION
(AC 20777)

Lavery, C. J., and Foti and O'Connell, Js.

Submitted on briefs December 13, 2001—officially released January 8, 2002

Per Curiam. The appeal is dismissed.

KAREN HARPIE *v.* P. JOSEPH HARPIE
(AC 20956)

Lavery, C. J., and Landau and Freedman, Js.

Argued December 12, 2001—officially released January 8, 2002

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* VICTOR DOS SANTOS
(AC 20984)

Lavery, C. J., and Foti and O'Connell, Js.

Argued December 10, 2001—officially released January 8, 2002

Per Curiam. The judgment is affirmed.